WILLIAM J. WHITSITT
1026 LOURENCE DRIVE
TRACY, CA 95376
(209) 637-0213
whitsittw@gmail.com
IN PROPRIA PERSONA

Court's ORIGINAL

FILED
JUL 1 6 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

WILLIAM J. WHITSITT

-----------VS-----------

CITY OF TRACY, CALIFORNIA

TracyPublicService Officer
Gardener # 10548

Tracy Police Officer Ventura ???

100 UNNAMED DEFENDANTS

NO: 2:18cv 1962 KJM KJN (PS)

**COMPLAINT FOR SECTION 1983 CIVIL RIGHT DEPRIVATION AT-LAW AND SECTION 1983 CONSPIRACY UNDER THE COLOR OF STATE LAW. 4TH, 14TH, AMENDMENT AT-LAW SEIZURE PROPERTY AND THE WRONGFUL TOW OF MY VEHICLE SUIT AT-LAW AT COMMON LAW**

## (I.) - INTRODUCTION - CIVIL RIGHTS COMPLAINT AT-LAW.

I William J. Whitsitt, do hereby come to **Federal District Court** to bring my **Suit At-Law** at the Common Law and the Constitution. This is a **Suit At-Law**, At the **Common Law** and the **Constitution**. I bring this suit At-Law for the deprivation of my At-Law at the Common Law and 4th, 14th, Amend. Constitutional rights At-Law, under the color of State of California Law. I also bring this Suit At-Law for Section 1985 Conspiracy for deprivation of my At-Law Common Law right to Travel upon the Public roads and highways for private travel and or transport my property thereon without interference. I also bring for a Section 1983 conspiracy under the color of State law. I also bring this action for deprivation of my 4th, Amendment At-Law at the Common Law and Constitution, right be free from the unlawful warrant-less seizure of my private property (My vehicle).

### (A.) - Jurisdictional Facts.

Here are the Jurisdictional Facts of my claims in my matter: Let Notice be taken that this is a **Suit At-Law** at the **Common Law** and **at the Constitution** at the **Civil Rights Act At-Law**. Common Law At-Law and 4th, 14th, Amendments At-Law are inalienable rights that cannot be violated without prior due process, notice and opportunity to contest. This claim also contains substantive due process claims.

I demand as a matter of At-Law right a Court of At-Law, Jurisdiction at the Common Law and at the Constitution. The Common Law, At-Law Jurisdiction is the prohibition against prejudice by **Admiralty - Civil Law Jurisdiction**. See: **Ramsay v. Allegre, 25 U.S. 611, 6 L. Ed. 746, 12 Wheat. 611 (1827)**. Thus, I William J. Whitsitt, do hereby as a member of the **Sovereign, "We The People,"** demand a **Court of At-Law** at the Common Law and **At-Law**, Constitution Jurisdiction.

### (1.) - Venue.

First of all Venue is correct, as I am a Citizen and resident of San Joaquin County of the State of California. Which is within the territorial Jurisdictional boundaries of the Eastern District of California. The Defendants named all are located within the territorial boundaries of the San Joaquin County. Thus, the U.S. District Court for the Eastern District of California is the proper and Lawful Venue.

### (2.) - Other Jurisdictional Facts.

The At-Law Court Jurisdiction arises from the Constitution 4th, and 14th, Amendments at Common Law and substantive due process deprivations. I was Not engaged into any criminal activity whatsoever. My Vehicle was legally parked in front of where I live and the named Defendants then wrongfully and unlawfully towed and seized my vehicle. I come to this Federal District Court demanding for and pleading for **At-Law** Common Law, and my At-Law constitutional and civil rights Jurisdiction. See: **Brooks v. Norris, 11 How 204, 13 L. Ed. 665 (1851)**. At the Common Law, is prohibition against prejudice by **Admiralty - Civil Law Jurisdiction**. See: **Ramsay v. Allegre, 25 U.S. 611, 6 L. Ed. 746, 12 Wheat. 611 (1827)**. The **Common Law of California is the law of the California State Constitution**, and it is still the law of decision a suit At-Law at the Common Law. See: **Gray v. Sutherland, (1954), 124 C.A.2d 280, 268 P.2d 754. In actions in the Federal Court in the State or territory, the Common Law is the rule of decision.** See: **Pyeatt v. Powell, 51 Fed. 551, 2 C. C. A. 367**. The Common-Law rule of decision in a federal Court is that of the State in which it is sitting. See: **Lorman v. Clarke, 2 McLean 568, Fed. Cas. No. 8,516**. No Court can refuse to hear At-Law at the Common Law claims.

### (3.) - Civil Rights Act Jurisdiction.

The ADEA, and Civil Rights Act, grants Statutory Jurisdiction to the Federal District Court. See: **Title 28, Section 1343(3),(4)**. **See: Chapman v. Houston Welfare Rights Organization Gonzalez, 441 U.S. 600, 99 S. Ct. 1905, 60 L. Ed.2d 508 (1978)**.

> "**§ 1343(3)** ...federal district courts have jurisdiction over civil actions 'authorized by law' claiming a deprivation, under color of state law, of rights 'secured by the Constitution of the United States or by any Act of Congress providing for equal rights,' and under **§ 1343(4)** have jurisdiction over such actions seeking relief under 'any Act of Congress providing for the protection of civil rights, including the right to vote.' **See: Chapman v. Houston Welfare Rights Organization Gonzalez, 441 U.S. 600, 99 S. Ct. 1905, 60 L. Ed.2d 508 (1978)**.

In conferring Jurisdiction upon the Federal District Courts, for all Civil Actions for Equal Rights that arise under **28 U.S.C. Section 1343(3)**; and seeking relief under any act of Congress for protection of Civil Rights. It also is important to Note that once Jurisdiction of Federal District Court has been Invoked, Court **cannot refuse invoked Jurisdiction**, when Congress has Granted full Constitutional and Statutory Jurisdiction. See: **Deakins v. Monaghan, 484 U.S. 193, 108 S. Ct. 523, 98 L. Ed.2d 529 (1988)**. I served

the **Named Defendants** numerous Notices of Objection and demand for At-Law at the Common Law and Constitutional rights plus Notice of Suit At-Law at the Common Law and Constitution.

## (1.) - Brief history of At-Law facts. Quoted Text of facts single spaced.

I, William J. Whitsitt, do hereby Object, Protest, Demand for At-Law, At Common Law and 4th, 5th, 14th, Amend. Rights, At-Law. I Object, protest to wrongful and unlawful tow, seizure, impoundment, of my parked 2000 Nissan Xterra, without Notice and opportunity to contest. Authorizing Community service person is Not a duly authorized Police Officer with Police Powers to authorize towing of my vehicle in the deprivation of my 4th, 5th, 14th, Amend. rights, and At-Law at the Common Law and at Constitution. See: This constitutes a **Common Law** and 4th, 5th, 14th, **Amendment deprivation At-Law**, at the **Common Law**. See: **95 Eng. 817, 818 in Boyd v. United States, 116 U.S. 616, at 626, 29 L. Ed. 746 (1886)**. Here my ordered removed (Towed) seized and impounded without a 4th Amendment seizure warrant and Common Law and 4th, 5th, 14th, **Amendment constitutional At-Law right** to Notice and opportunity to contest that by community service officer without Police Power authority and Jurisdiction. See: **California Code, Vehicle Code - VEH § 22651**, is unconstitutional on its face granting authority to tow and remove my vehicle by a person without police power authority and jurisdiction. Let also notice be taken here that at the Common Law At-Law Jurisdiction, that a seizure of private property (my vehicle) without seizure warrant or court order of General Jurisdiction, is patently unconstitutional on its face and clear deprivation of At-Law at the Common Law and 4th, 5th, 14th, **Amendment constitutional** and civil rights At-Law. As a Member of The Sovereign **"We The People,"** I exercise the full Common Law and inalienable Sovereign Rights. I am thus, **Not Subject to Admiralty - civil law Jurisdiction**, seizures and the **subsequent Lien sale** of my **private property** (My Vehicle). See: **Ramsay v. Allegre, 25 U.S. 611, 6 L. Ed. 746, 12 Wheat. 611 (1827)**. Tow without notice is an unlawful and unconstitutional seizure without 4th Amend. Warrant. See: **Soldal v. Cook County, 506 U.S. 56, 61, 113 S. Ct. 538, 121 L. Ed. 2d 450 (1992)**.

I was Not given any (3) days, (72) hours Notification before seizure, removal of my vehicle (**private property**). This violates my inalienable At-Law at the Common Law and 4th, 5th, 14th, **Amendment constitutional** and civil rights At-Law. In Federal **Common Law**, the Constitution cannot be safely interpreted without reference to the Common Law. See: **Ex. parte Grossman, 267 U.S. 87, 108, 45 S. Ct. 332, 69 L. Ed. 527 (1924)**. For At-Law at the Common Law, is the prohibition against prejudice by Admiralty-civil law Jurisdiction. See: **Ramsay v. Allegre, 25 U.S. 611, 6 L. Ed. 746, 12 Wheat. 611 (1827)**. The **Common Law**, At-Law and my **inalienable rights At-Law** protects my 4th, **Amendment rights At-law**. No rule making nor law can overrule the Common Law, At-Law right against property rights and the Person protected against seizure by Seizure warrants. The 4th, and 14th, Amendment rights also point to the inalienable right protection thereof my property which is most precious and guarded rights of every citizen. See: **Dows v. National Exch. Bank, 91 US 618, 23 L Ed 214 (1875)**. Private property is a Natural and God-given, Common Law inalienable right under the State Constitution and Law of that state. See: **Delaware v. New York, 507 US 490, 113 S Ct 1550, 123 L Ed 2d 211 (1993). All the States of the United States including the United States, the Common Law is the rule of Law.** My Vehicle is my owned and **allodial private property right** and is **protected and guaranteed by Heightened law of the and, beyond the mere procedural due process of law of the California Vehicle Code**. Tow without notice is an unlawful and unconstitutional seizure without 4th Amend. Warrant. See: **Soldal v. Cook County, 506 U.S. 56, 61, 113 S. Ct. 538, 121 L. Ed. 2d 450 (1992)**.

## (II.) - AT-LAW SECTION 1983 CLAIMS.

The fallowing are claims of the deprivation of my At-Law Common Law and Constitutional 4th, and 14th, Amendment rights under the color of State law of California.

## (Claim-1.) - Wrongful Tow and (Seizure) of my Property Vehicle.

The City of Tracy, California, unlawfully Towed and Seized My private property my Vehicle that I I am the allodial owner thereof without notice and opportunity to contest At-Law at the Common Law and at the 4th, and 14th, Amendments at the Constitution. The Caretaker Rule violates trespasses upon my Common Law At-Law and constitutional 4th, and 14th Amendment rights. It is unconstitutional on its face and it violates my clearly established At-Law at the Common Law and Constitution rights. **This is a clear City of Tracy, San Joaquin County and State of California Policy, Practice and or Custom, thus establishing municipal liability**. See: **City of Canton, Ohio v. Harris, 489 U.S. 378, at 385, 109 S. Ct.**

1197, at 1203, 103 L. Ed.2d 412, at 424 (1989). As all the named where clearly under the control of, by the written **policy, practice and or custom by directives from the City of Tracy; San Joaquin County and the State of California**.

### (1.) - My Property My Vehicle Seized towed without due process At-Law.

My property my vehicle was seized and towed without prior notification (**At-Law at the Common Law and Constitution 4th, 14th, Amendments**. Prior Notification before seizure of my private property (My Vehicle), is well established At-Law at the Common Law and at Constitution 4th, 14th, **Amendment** right. No demanded for Post-Seizure, Post-Deprivation and or Post-Tow hearing was afforded to me. See:

United States v. $8,850, 461 U.S. 555, at 562, n. 12, 103 S. Ct. 2005, 76 L. Ed. 2d 143 (1983); Fuentes v. Shevin, 407 U.S., at 80-81, 92 S. Ct. 1983 32 L. Ed.2d 556 (1972); Sniadach v. Family Finance Corp. of Bay View, 395 U.S. 337, 342 (1969)

This is a clear City of Tracy, San Joaquin County and State of California Policy, Practice and or Custom, thus establishing municipal liability. See: **City of Canton, Ohio v. Harris, 489 U.S. 378, at 385, 109 S. Ct. 1197, at 1203, 103 L. Ed.2d 412, at 424 (1989).** As all the named where clearly under the control of, by the written **policy, practice and or custom by directives from the City of Tracy; San Joaquin County and the State of California**.

### (Claim-2.) - Conspiracy under the Color of State Law.

2 or more actors in pursuant to the stated conspiracy under the color of state law did violate and deny, interfere with my At-Law Common Law and 4th, and 14th Amendment constitutional rights At-Law. I did clearly establish my 4th and 14th, Amendment rights At-Law at the Common Law and Constitution. The Named clearly acted in furtherance of stated conspiracy under the color of state law. **Note All the facts in Brief History of Facts shall be applied here. This is a clear City of Tracy, San Joaquin County and State of California Policy, Practice and or Custom.**

### (Claim-3.) - Deprivation of At-Law Rights without Due Process At-Law.

The deprivation and denial, interference with my clearly established inalienable civil rights, Common Law and Constitutional 4th, and 14th, Amendment rights and denial of heightened due process of At-Law. The Named will use the color of Police Power Law without Jurisdiction. **I was clearly denied a Post-Tow, Post-Seizure, Post-Deprivation hearing right At-Law at the Common Law and 4th, 5th, and 14th Amendment federal and Article I section 7 and 15 of the State of California Constitutions Right. Note All the facts in Brief History of Facts shall be applied here. This is a clear City of Tracy, San Joaquin County and State of California Policy, Practice and or Custom.**

### (Claim-4A.)-Denial of Timely Demanded for Post-Deprivation Hearing.

I timely Demanded for a At-Law at the Common Law and Constitution 4th, 14th, Amendment rights **for a full Post-deprivation hearing by Numerous Notices of Objection and Demand for Hearing. They the Named Defendant failed to respond to and thus denied my At-Law due process of law right. See:**

<u>U.S. v James Daniel Good Real Property</u>, 510 U.S. 43, at 45, 114 S. Ct. 492, 126 L. Ed.2d 490 (1993). This is clearly established 4th, and 14th, Amendment right At-Law at the Common and at Constitution. **This is a clear City of Tracy, California Policy, Practice and or Custom.**

## (Claim-4B.)- <u>Denial of Timely Demanded for Post-Seizure Hearing.</u>

I timely Demanded for a At-Law at the Common Law and Constitution 4th, 14th, Amendment rights **for a full Post-seizure hearing by Numerous** Notices of Objection and Demand for Hearing. They the Named Defendant failed to respond to and thus denied my At-Law due process of law right. See: <u>U.S. v James Daniel Good Real Property</u>, 510 U.S. 43, at 45, 114 S. Ct. 492, 126 L. Ed.2d 490 (1993). This is clearly established 4th, and 14th, Amendment right At-Law at the Common and at Constitution. **This is a clear City of Tracy, San Joaquin County, State of California Policy, Practice and or Custom.**

## (Claim-4C.) - <u>Denial of Timely Demanded for Tow Hearing</u>.

I timely Demanded for a At-Law at the Common Law and Constitution 4th, 14th, Amendment rights **for a full Post-Tow hearing by Numerous** Notices of Objection and Demand for Hearing. They the Named Defendant failed to respond to and thus denied my At-Law due process of law right. See: <u>U.S. v James Daniel Good Real Property</u>, 510 U.S. 43, at 45, 114 S. Ct. 492, 126 L. Ed.2d 490 (1993). This is clearly established 4th, and 14th, Amendment right At-Law at the Common and at Constitution. **This is a clear City of Lodi, California Policy, Practice and or Custom.** Let Notice be taken here that Post Tow Hearing will never satisfy At-Law at the Common Law and at 4th, 14th, Amendment heightened due process of law requirements. The Post Tow hearing will Not satisfy the Post-deprivation and Post-seizure At-Law -Law at the Common Law and at 4th, 14th, Amendment hearing mandatory requirements.

## (Claim-5.) - <u>Seizure of my Vehicle (private property) without 4th Amendment At-Law Seizure warrant</u>.

Tracy Public Service Officer Gardener and Tracy Police Officer Ventrura wrongfully and unconstitutionally making a Judicial determination on the Towing and seizing of my vehicle without Notice and 4th, 14th, Amends. seizure warrant. This was a clearly established deprivation and violation of my At-Law 4th, and 14th, Amendment rights at the Common Law and at the Constitution. The State of California and City of Tracy and County of San Joaquin has No At-Law Common Law and Constitution authority to empower a low level incompetent Police Officer with that authority whatsoever. This is unconstitutional and unlawful deprivation of my clearly established At-Law **4th, 14th, Amendment right. Note All the facts in Brief History of Facts shall be applied here. This is a clear City of Tracy, San Joaquin County and State of California Policy, Practice and or Custom.**

## (Claim-6.) - <u>Unconstitutional use of the State Law and Judicial process pursuant to Conspiracy Section 1983</u>.

The Named defendants are using the color of Law to enforce and give full justification for all their unlawful furtherance of acts pursuant to stated conspiracy. **Note All the facts in Brief History of Facts**

**shall be applied here.** They the named defendants will use the Court proceedings with the attempt to disparage my claim by covert discrediting by use of the color of state law by malicious prosecution and use of judicial process. They will almost certainly use malicious prosecution and judicial process for this covert cover up to justify their unconstitutional, unlawful, wrongful deprivation of my clearly established At-Law, Common Law and Constitutional rights. Thus, the **Rooker Fieldman doctrine At-Law** is Not applicable or at the very least should not have full effect in this my matter. See: **Rooker v. Fieldman, 263 U.S. 413, at 417, 44 S. Ct. 149, at 153, 68 L. Ed. 362 (1923).** There is No 4th, 14th, Amendment At-Law, probable cause for the **Arrest and seizure of my person and private property** (My Vehicle). The Road Block, so-called Traffic Safety Stop is Not and does Not constitute a Probable Cause Traffic Stop, for prior witnessed engagement in criminal activity. **This is a clear City of Tracy, San Joaquin County and State of California Policy, Practice and or Custom.**

## (Claim-7.) - Deprivation and denial of my Inalienable At-Law, at the Common Law, Constitution and Civil Rights.

All the above claims point to this stated claims of deprivation, denial and interference with my At-Law Civil, Constitutional and Common Law rights At-Law. **Note All the facts in Brief History of Facts shall be applied here. This is a clear City of Tracy, San Joaquin County and State of California Policy, Practice and or Custom.**

### (1.) - Denial, interference with my Inalienable right At-Law to Ownership, possession of my Private property.

By the taking of my private property (My Vehicle), without Notice and the **At-Law** at the **Common Law** and at the 4th, 5th, and 14th, Amendments Federal and Article I, Section 7 and 15 California State Constitutions; I have been denied and deprived my **inalienable right** to **own, possess, use** thereof that property. **Note All the facts in Brief History of Facts shall be applied here. This is a clear City of Tracy, San Joaquin County and State of California Policy, Practice and or Custom.**

### (II.) - CONSTITUTIONALITY CHALLENGES TO TOW AND SEIZURE OF MY PRIVATE PROPERTY MY VEHICLE, DRIVER'S LICENSE SUSPENSION HEARING.

I demand At-Law at the Common Law and Constitution 4th, 14th, Amendments rights At-Law a full Constitutional challenge hearing right to the fallowing Constitutional challenges:

### (DENIAL OF TIMELY DEMANDED FOR DRIVER'S LICENSE RIGHT SUSPENSION HEARING)

I will reserve the At-Law, Common Law and Constitutional right here, to challenge constitutionality of Vehicle Safety Check Points (Road Blocks), without prior Street sign Notifications and warnings and the general applicable use thereof. The **State of California is Not the Sovereign** over the **Sovereignty of "WE THE PEOPLE."** This is Not Soviet Russia nor is the State of California a Police State under Nazi rule. I thus reserve the At-Law Jurisdictional right to fully brief and for a Hearing process on this claimed Constitutionality Challenge. **This is a clear City of Tracy, San Joaquin County and State of**

California Policy, Practice and or Custom.

## (A.) - Constitutionality Challenge Denial of Timely Demanded for Driver's License Suspension Hearing Right Denial.

I do make this Constitutional challenge At-Law at the Common Law and at the Constitution 4th, 14th, Amendments to denial of my timely demanded for prior to and Post-suspension Hearing of my Driver's License vested interest property right to that Driver's License right. See: **Bell v. Burson, 402 U.S. 535, Id at 542, 91 S. Ct. 1586, 29 L. Ed.2d 90 (1971)**. This is a clear deprivation of my inalienable regulated right to Personal Liberty and the right to drive my vehicle upon and use the public Roads and Highways for private travel and or to transport my private property thereon. This is a At-Law at the Common Law and 4th, 5th, and 14th Amendment federal and Article I section 7 and 15 of the State of California Constitutions Right.

## (B1.) - Constitutionality Challenge Drive by At-Law Regulated Safety right.

I will reserve the At-Law, Common Law and Constitutional right here, to challenge constitutionality of Right to drive by At-Law regulated right, without prior Street sign Notifications and warnings of Road Blocks a head and seizure of vehicle the general applicable use thereof. The **State of California is Not the Sovereign** over the Sovereignty of "**WE THE PEOPLE.**" This is Not Soviet Russia nor is the State of California a Police State under Nazi rule. I thus reserve the At-Law Jurisdictional right to fully brief and for a full Hearing process on this claimed Constitutionality Challenge. **This is a clear City of Tracy, San Joaquin County and State of California Policy, Practice and or Custom.**

## (1.) - Denial of Driver's License Vested Interest Right Suspension Hearing At-Law at the Common Law and at the Constitution 4th, 14th, Amends..

I will reserve the At-Law, Common Law and Constitutional right here, to challenge constitutionality of Right to a full due process hearing prior to Suspension of Driver's License Vested Interest Right. I was denied this At-Law at the Common Law and Constitution 4th, 14th Amendment Rights. See: **BELL v. BURSON, 402 U.S. 535, Id at 542, 91 S. Ct. 1586, 29 L. Ed.2d 90 (1971)**. Also in numerous U.S. Supreme Court cited decisions. This would constitution a deprivation of clearly established At-Law at the Common Law and Constitution 4th, 14th, Amendments Personal Liberty substantive due process rights. **This is a clear City of Lodi, San Joaquin County and State of California Policy, Practice and or Custom.** create Probable Cause.

## (AT-LAW AT THE COMMON LAW AND CONSTITUTION 4TH 14TH, AMENDMENT RIGHTS CONSTITUTIONAL CHALLENGE TO TOWING AND SEIZURE OF MY PRIVATE PROPERTY MY VEHICLE PURSUANT TO CARETAKER RULE)

The At-Law, inalienable Common Law and 4th, 5th, and 14th Amendment constitutional right to own possess and use, keep, keep from others using has been recognized since **Magna Carta** in 1257 AD. This inalienable right At-Law of private property was well recognized and considered fundamental, immortalized

by our Forefathers in our Federal and California State Constitutions. The Caretaker Rule of Towing is without prior hearing and or **4th, and 14th, Amendment hearing** is a clear deprivation of my At-Law Common Law and constitutional rights. The **inalienable right At-Law to private property** is the most sacred right that citizen's possess. See: **Cooley, (Con. Lim., 358); CHICAGO, B. & Q. R. CO. v. CITY OF CHICAGO, 166 U.S. 226, 17 S. Ct. 581, 41 L. Ed. 979 (1897). A person's property may not be confiscated by the state without "some kind of notice and opportunity to be heard."** (Fuentes v. Shevin, **(1972) 407 U.S. 67, 79-80 [32 L. Ed.2d 556, 569-570, 92 S. Ct. 1983].)** This means No excuse such as the **Caretaker Rule**, can confiscate my private property (My Vehicle). The taking of my Vehicle without Notice and opportunity is a clear deprivation of my clearly established 4th, 5th, 14th, Amendment right to my private property.

### (1.) - Taking of my Vehicle (Seizing and Towing without Notice.

I was given No Notice and opportunity to contest the taking of my Vehicle prior to its seizure and tow by the City of Tracy and Police Officer and Public Service Officer named herein. **A person's property may not be confiscated by the state without "some kind of notice and opportunity to be heard."** (Fuentes v. Shevin, **(1972) 407 U.S. 67, 79-80 [32 L. Ed.2d 556, 569-570, 92 S. Ct. 1983].) This means that No excuse such as the Caretaker Rule, can confiscate my private property (My Vehicle). The taking of my Vehicle without Notice and opportunity is a clear deprivation of my clearly established 4th, 5th, 14th, Amendment right to my private property.** My vehicle is my private property because the State of California and others that are named about have **no interest** in it whatsoever. I do Not own my vehicle by any state granted conditional privileges.

### (2.) - Denied my inalienable right to Register Ownership At-law of my Vehicle by State of California D.M.V..

I am the allodial owner of all my private property including my vehicle. I have the inalienable **At-Law** at the **Common Law** and at the **4th, 5th, and 14th, Amendments Federal and Article I, Section 7 and 15 California State Constitutions,** to own, possess, use thereof for private travel my Vehicle. The State of California and its Department of Motor Vehicles have No Public interest of governmental police powers conditional privilege interest in or over my vehicle. See: **One 1958 Plymouth Sedan v. Pennsylvania, 380 U.S. 693, 85 S. Ct. 1246, 14 L. Ed. 2d 170 (1965).** In which the U.S. Supreme Court stated in their decision: "**There is nothing remotely criminal in the ownership, possession and use thereof a Vehicle.**" They would Not allow the forfeiture of that Vehicle on the liquor or registration issue. See: **Boyd v. United States, supra, at 633-634.**

### (3.) - Registering Ownership of my Vehicle is Not entering into a California State granted conditional privilege.

The registration of Ownership of my private property is an inalienable At-Law at the Common Law and State and Federal constitutional right and Not a California State Conditional privilege. I am Not engaged into any Franchises, regulated enterprises nor is my private Vehicle used to drive for gain business purposes or enterprises and or corporate privilege and or gain. Thus, the State of California has No police powwer

nor otherwise interest in my Vehicle whatsoever. See: **Packard v. Banton, 264 US 140, 44 S. Ct. 257, 68 L. Ed. 596 (1924).** Stated that conditions are Not applicable to inalienable and or regulated rights of Personal Liberty.

## (CONCLUSION)

I move the Federal District to Hear and Grant all my remedies At-Law at the Common Law and at the Constitution and all Relief demanded for in my Complaint.

## (Relief Demanded For)

I demand as a matter of At-Law Common Law and Federal and California State Constitutional right a Permanent Injunction to stop these unlawful Police actions by State of California, Counties and Cities under the color and guise of unconstitutional police power authority under Admiralty -Civil Law Jurisdiction.

## (Damages Demanded For)

**GARDENER # 10548**, City of Tracy Public Service Officer **$1,500,000.00 ONE MILLION FIVE HUNDRED THOUSAND DOLLARS** IN DAMAGES.

City of Tracy Police Officer Ventura, **$1.500,000.00 ONE MILLION FIVE HUNDRED THOUSAND DOLLARS** IN DAMAGES.

City of Tracy, San Joaquin County **$10,000,000.00 TEN MILLION DOLLARS Each** IN DAMAGES.

Punitive Damages of **$5,000,000.00 FIVE MILLION DOLLARS**, from all named Defendants.

Actual damages of **$1000.00 ONE THOUSAND DOLLARS** for tow and Seizure of my Vehicle, Costs and additional **$ 500,000.00 FIVE HUNDRED THOUSAND DOLLARS** FROM ALL NAMED DEFENDANTS FOR UNLAWFUL DEPRIVATIONS AT-LAW AND LOSS OF VEHICLE FOR ONE DAY.

I WILLIAM J. WHITSITT, _William J Whitsitt_, THIS THE 6th DAY OF JULY 2018, DO HEREBY DECLARE AND AFFIRM THAT ALL THE ABOVE FACTS ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW.

I RETAIN THE RIGHT TO ALTER, AMEND COMPLAINT AND TO ADD OR DELETE NAMED DEFENDANTS AS BECOMES NEEDED AND OR NECESSARY.

LET JUDICIAL NOTICE BE TAKEN HERE I AM THE MASTER OF THIS CASE AND I WILL ALONE WILL DECIDE WHICH LAW IT WILL PROCEED UNDER. SEE: **FAIR, THE, v. KOHLER DIE & SPECIALTY CO., 228 U.S. 22 (1913); FRANCHISE TAX BD. v. LABORERS VACATION TRUST, 463 U.S. 1 (1983); Merrell Dow Pharmaceuticals, Inc. v. Thompson, 478 U.S. 804, 809, n. 6 (1986); Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987).**

RESPECTFULLY SUBMITTED

_William J Whitsitt_
WILLIAM J. WHITSITT
DATED: July 4, 2018