UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TRACY, CALIFORNIA, et al.<br><br>Defendants. | No. 2:18-cv-1962-KJM-KJN PS<br><br><br><br>ORDER |

On July 19, 2018, the court denied plaintiff's motion to proceed *in forma pauperis* and ordered plaintiff to pay the filing fee on a set installment schedule of $50 per month. (ECF No. 3.) Thereafter, plaintiff filed an objection to the court's order, outlining certain additional expenses which he failed to include in the original motion to proceed *in forma pauperis*. (ECF No. 4.)

The court sustains plaintiff's objection in part. The court agrees that some of the additional expenses listed would make it difficult for plaintiff to pay $50 per month towards the filing fee. On the other hand, plaintiff admits that he spends $139.00 per month on cable TV and Internet. Cable TV is by no means a monthly necessity, and the court is not convinced that plaintiff would not be able to pay a further-reduced installment schedule if plaintiff were to reduce or eliminate the expense of cable TV.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's objection (ECF No. 4) is SUSTAINED IN PART.
2. The court's July 19, 2018 order is VACATED.
3. Plaintiff shall pay the filing fee of $400.00 on an installment schedule with $20.00 payments to the Clerk of Court due <u>on the first business day of each month starting in November 2018</u>.
4. Once the first installment payment is made, the court will direct service of the complaint on the named defendants.
5. Failure to timely pay the amounts due may result in dismissal of the action.

Dated: September 26, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE